REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA
V.

[3] MELISSA CHASTAIN

(list each defendant appearing at hearing)

Case No.: 3:21-cr-00171-3

Judge: Eli Richardson

Hearing Date: 08/28/2026

Location: ☑ Nashville ◯ Columbia ◯ Cookeville

Court Reporter: Gary Schneider

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Sarah Bogni

Defense Attorney(s): J. Thomas Clarkson and John Van Why

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

***For items 1-6, a Witness/Exhibit List is required and must be separately filed.***

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☑
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Sentencing hearing held - Defendant sentenced to 2 years' probation, $4,237,854.06 restitution, $200 special assessment.

Total Time in Court: 1 Hour and 45 Minutes

Clerk of Court
by: Julie Jackson

Reset Form