# UNITED STATES DISTRICT COURT

Middle District of Tennessee

UNITED STATES OF AMERICA
v.
MELISSA L. CHASTAIN

## JUDGMENT IN A CRIMINAL CASE

Case Number: 3:21-cr-00171-3

USM Number: 69640-509

J. Thomas Clarkson, John Van Why, Benjamin Perry
Defendant's Attorney

## THE DEFENDANT:

☑ pleaded guilty to count(s) 1 and 27 of the Second Superseding Indictment

☐ pleaded nolo contendere to count(s) ______
which was accepted by the court.

☐ was found guilty on count(s) ______
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to defraud the United States and to commit an offense by violation of the Anti-Kickback Statute | 8/30/2019 | 1 |
| 18 U.S.C. §§ 1347,1349 | Conspiracy to commit healthcare fraud | 8/30/2019 | 27 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ______

☑ Count(s) 19, 20, 21, 23, 31, 32, 35, 38 ☐ is ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

8/28/2026
Date of Imposition of Judgment

Eli Richardson
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

September 1, 2026
Date

DEFENDANT: MELISSA L CHASTAIN
CASE NUMBER: 3:21-cr-00171-3

# PROBATION

You are hereby sentenced to probation for a term of.

2 years

# MANDATORY CONDITIONS

1 You must not commit another federal, state or local crime
2 You must not unlawfully possess a controlled substance
3 You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
   ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse *(check if applicable)*
4 ☑ You must cooperate in the collection of DNA as directed by the probation officer *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense *(check if applicable)*
6 ☐ You must participate in an approved program for domestic violence *(check if applicable)*
7 ☑ You must make restitution in accordance with 18 U.S.C §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U S C. § 3013.
9 If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page

DEFENDANT: MELISSA L CHASTAIN
CASE NUMBER. 3 21-cr-00171-3

## STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. *If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses* you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U S probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at. www uscourts gov.

Defendant's Signature ______________________ Date ______________

DEFENDANT: MELISSA L CHASTAIN
CASE NUMBER: 3 21-cr-00171-3

## SPECIAL CONDITIONS OF SUPERVISION

1. You shall pay restitution in an amount totaling $4,237,854 06 to the following Payments shall be submitted to the Clerk, United States District Court, 719 Church Street, Suite 1300, Nashville, TN 37203 Restitution is due immediately If you are incarcerated, payment shall begin under the Bureau of Prisons' Inmate Financial Responsibility Program Should there be any unpaid balance when supervision commences, you shall pay the remaining restitution at a minimum monthly rate of 10 percent of your gross monthly income. No interest shall accrue as long as you remain in compliance with the payment schedule ordered. Pursuant to 18 U S C § 3664(k), you shall notify the court and United State Attorney of any material change in economic circumstances that might affect ability to pay.

| | |
|---|---|
| Centers for Medicare & Medicaid Services<br>Division of Accounting Operations<br>7500 Security Boulevard, Mailstop C3-11-03<br>Baltimore, Maryland 21244 | $2,771,899.88 |
| United Healthcare<br>Lockbox 945931, 3585 Atlanta Avenue<br>Hapeville, Georgia 30354-1705 | $1,329,458 45 |
| Humana<br>Attn Legal Department<br>500 West Main Street, 21st Floor<br>Louisville, Kentucky 40202 | $114,576 09 |
| South Carolina Medicaid<br>Lynette Wilson, Accounting/Fiscal Manager I<br>Accounting Operations, SC Dept of Health & Human Services<br>P O Box 8297<br>Columbia, South Carolina 29202-8297 | $6,533 96 |
| Georgia Medicaid<br>GA Department of Community Health<br>Attn· Restitutions and Benefits Recovery<br>P.O. Box 734682<br>Dallas, Texas 75373-4682 | $15,385 68 |

2. You shall furnish all financial records, including, without limitation, earnings records and tax returns, to the United States Probation Office upon request

3 You shall not incur new debt or open additional lines of credit without prior approval of the United States Probation Office until all monetary sanctions are paid

4. You shall not seek or obtain employment for any occupation, business, or profession in the health care industry without prior approval from the probation office

5. You shall be on home detention for one year. While on home detention, you are required to remain at your residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs, and such other times as may be specifically authorized by the United States Probation Office

DEFENDANT: MELISSA L CHASTAIN
CASE NUMBER: 3 21-cr-00171-3

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 200 00 | $ 4,237,854 06 | $ | $ | $ |

☐ The determination of restitution is deferred until __________ An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Centers for Medicare & Medicaid Services<br>Division of Accounting Operations<br>7500 Security Blvd , Mailstop C3-11-03<br>Baltimore, MD 21244 | $2,771,899 88 | $2,771,899 88 | |
| United Healthcare<br>Lockbox 945931<br>3585 Atlanta Avenue<br>Hapeville, GA 30354-1705 | $1,329,458 45 | $1,329,458 45 | |
| **TOTALS** | $ 4,237,854.06 | $ 4,237,854.06 | |

☐ Restitution amount ordered pursuant to plea agreement $ __________

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U S C § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U S C. § 3612(g)

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that.

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows·

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub L No 115-299
** Justice for Victims of Trafficking Act of 2015, Pub L. No 114-22
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: MELISSA L CHASTAIN
CASE NUMBER: 3 21-cr-00171-3

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Humana<br>Attn Legal Department<br>500 West Maın Street, 21st Floor<br>Louısvılle, Kentucky 40202 | $114,576 09 | $114,576 09 | |
| South Carolına Medıcaıd<br>Lynette Wilson, Accountıng/Fıscal Mgr I<br>Accountıng Operatıons<br>SC Dept of Health & Human Servıces<br>P O Box 8297<br>Columbıa, South Carolına 29202-8297 | $6,533 96 | $6,533.96 | |
| Georgıa Medıcaıd<br>Georgıa Dept of Communıty Health<br>Attn· Restıtutıons & Benefıts Recovery<br>P O Box 734682<br>Dallas, Texas 75373-4682 | $15,385 68 | $15,385.68 | |

* Fındings foı the total amount of losses are ıequıı ed under Chapters 109A, 110, 110A, and 113A of Title 18 foı offenses commıtted on or after Septembeı 13, 1994, but befoı e Aprıl 23, 1996.

DEFENDANT. MELISSA L. CHASTAIN
CASE NUMBER: 3 21-cr-00171-3

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows·

**A** ☐ Lump sum payment of $ ____________ due immediately, balance due

☐ not later than ____________ , or
☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below, or

**B** ☑ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal ________ *(e g , weekly, monthly, quarterly)* installments of $ ________ over a period of ________ *(e g , months or years)*, to commence ________ *(e g , 30 or 60 days)* after the date of this judgment, or

**D** ☐ Payment in equal ________ *(e g , weekly, monthly, quarterly)* installments of $ ________ over a period of ________ *(e g , months or years)*, to commence ________ *(e g , 30 or 60 days)* after release from imprisonment to a term of supervision, or

**E** ☐ Payment during the term of supervised release will commence within ________ *(e g , 30 or 60 days)* after release from imprisonment The court will set the payment plan based on an assessment of the defendant's ability to pay at that time, or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|

☐ The defendant shall pay the cost of prosecution

☐ The defendant shall pay the following court cost(s)

☑ The defendant shall forfeit the defendant's interest in the following property to the United States·
A money judgment as ordered by the Court in its Forfeiture Order consisting of a $1,648,670 58 money judgment (Doc No. 859)

Payments shall be applied in the following order (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs